IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a corporation, )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:10cv692-MHT |
| ) | (WO) |
| GILBERTO SANCHEZ, M.D., an individual; and LISA CHEEKTEMPLE, an individual, )<br>)<br>)<br>) | |
| Defendants. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (doc. no. 18) is granted and that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of December, 2010.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE